# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| AARON EUGENE BJARNASON | ) Case No. 22-mj-4285 |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AARON EUGENE BJARNASON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) and (e) - Production of Child Pornography
18 U.S.C. §§ 2261A(2)(B) 2261B - Cyberstalking
18 U.S.C. § 875(d) - Threatening Communications with Intent to Extort

Date: August 15, 2022

*Issuing officer's signature*

City and state: Nashville, Tennessee

Magistrate Judge Alistair E. Newbern
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*