UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:22-00349 |
| v. | ) | |
| | ) | 18 U.S.C. § 875(d) |
| | ) | 18 U.S.C. § 2251(a) & (e) |
| AARON EUGENE BJARNASON | ) | 18 U.S.C. § 2261A(2)(A) & (B) |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Between on or about January 1, 2022, and March 11, 2022, in the Middle District of Tennessee and elsewhere, **AARON EUGENE BJARNASON** did employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and knowing and having reason to know the visual depiction would be transported using any means and facility of interstate and foreign commerce and the visual depiction was transported using any means and facility of interstate and foreign commerce and the visual depiction was transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between on or about January 1, 2022, and March 11, 2022, in the Middle District of Tennessee and elsewhere, **AARON EUGENE BJARNASON**, with the intent to harass or intimidate another person, to wit: Minor Victim 1, used any interactive computer service and electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause or would reasonably be expected to cause substantial emotional distress to Minor Victim 1.

In violation of Title 18, United States Code, Section 2261A(2)(A) and (B).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between on or about January 1, 2022, and March 11, 2022, in the Middle District of Tennessee and elsewhere, **AARON EUGENE BJARNASON** knowingly transmitted in interstate and foreign commerce, with the intent to extort from any person a thing of value, a communication containing a threat to injure the reputation of Minor Victim 1 by threatening to send videos of Minor Victim 1 engaged in sexually explicit activities to her social media contacts if she did not produce and send videos of herself engaged in sexually explicit activities.

In violation of Title 18, United States Code, Section 875(d).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of one or more of the offenses alleged in COUNTS ONE through THREE of this Indictment, **AARON EUGENE BJARNASON** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

(a) Any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction which was produced, transported, mailed, shipped or received in violation of law;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property including but not limited to:

Any electronic devices seized from **AARON EUGENE BJARNASON**, his apartment or his mother's residence.

A TRUE BILL

FOREPERSON


MARK H. WILDASIN
UNITED STATES ATTORNEY

*Monica R. Morrison*

MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY