# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>__AARON EUGENE BJARNASON__<br>*Defendant* | )<br>)<br>) Case No. 3:22-cr-00349 Judge Campbell, Jr.<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Aaron Eugene Bjarnason,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 2251(a) and (e) - Production/Attempted Production of Child Pornography
18 U.S.C. §§ 2261A(2)(B) 2261B - Cyberstalking
18 U.S.C. § 875(d) - Threatening Communications with Intent to Extort

Date: 10/31/2022

*Issuing officer's signature* — *jeremy medley*

City and state: Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |